**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| NANCY HEARD,<br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-cv-02630-SHL-cgc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendant Dollar Tree Stores, Inc.'s Notice of Removal, (ECF No. 1), filed June 3, 2026,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with Parties' Joint Stipulation of Voluntary Dismissal with Prejudice, (ECF No. 30), and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims in this matter are **DISMISSED WITH PREJUDICE**. The Parties shall bear their own costs.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

November 19, 2026
Date